Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
MATTHEW GALLARDO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GALLARDO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DISCOVER BANK.<br><br>　　　　　Defendant(s), | Case No.: 3:21-cv-01360-MMA-BGS<br><br>JOINT NOTICE OF SETTLEMENT<br><br><br>Judge: Hon. Michael M. Annello<br><br>Magistrate: Hon. Bernard G. Skomal |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

　　　PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff MATTHEW GALLARDO ("Plaintiff") and DISCOVER BANK ("Defendant") have agreed to terms to settle claims herein, subject to the full

- 1 -
*Notice of Settlement*

1 | execution of a confidential agreement that will result in the dismissal of this action in
2 | its entirety, with prejudice.
3 |     Plaintiff intends to file a request for dismissal with prejudice within thirty (30)
4 | days or less, but no later than November 19.  In light of the settlement, Plaintiff and
5 | Defendant jointly respectfully request the Court vacate all future hearings and
6 | deadlines in this case.

9 | Dated: October 21, 2021,      By:      /s/ *Ahren A. Tiller*
    Ahren A. Tiller
10 |     BLC Law Center, APC
    Attorneys for Plaintiff

12 | Dated: October 21, 2021,      By:      /s/ *Bryan D. Trader*
    Arjun P. Rao
13 |     Bryan D. Trader
14 |     STROOCK & Stroock & Lavan LLP
    Attorneys for Defendant

# SIGNATURE CERTIFICATION

I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

Dated: October 21, 2021,            By:    /s/ Ahren A. Tiller
                                           Ahren A. Tiller
                                           BLC Law Center, APC
                                           Attorneys for Plaintiff

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On October 21, 2021, I served the following documents:

(1)  Joint Notice of Settlement

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

- ✓ Jeffery Arjun P. Rao - arao@stroock.com, lacalendar@stroock.com
- ✓ Bryan D. Trader - btrader@stroock.com, lacalendar@stroock.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 21, 2021,           By:     /s/ Ahren A. Tiller
                                            Ahren A. Tiller
                                            BLC Law Center, APC
                                            Attorneys for Plaintiff