Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
MATTHEW GALLARDO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GALLARDO,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER BANK.<br><br>Defendant(s), | Case No.: 3:21-cv-01360-MMA-BGS<br><br>JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>Judge: Hon. Michael M. Annello<br><br>Magistrate: Hon. Bernard G. Skomal |

## JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Plaintiff MATTHEW GALLARDO ("Plaintiff"), and Defendant DISCOVER BANK, ("Defendant") (collectively "The Parties"), herein respectfully submit this

1  Joint Motion for Dismissal of this Entire Action with Prejudice, pursuant to Fed. R.
2  Civ. P. 41(a)(1)(A)(ii).
3      WHEREAS, the Parties stipulate that the entire action, including all claims, are
4  hereby dismissed with prejudice as to Defendant, and the Parties hereby jointly move
5  to dismiss this entire action with prejudice, with each Party to bear their own
6  attorneys' fees and costs.

8  Dated: November 22, 2021    By:    BLC Law Center, APC

    *s/ Ahren A. Tiller*
    Attorney for Plaintiff
    ahren.tiller@blc-sd.com

12  Dated: November 22, 2021    By:    Stroock & Stroock & Lavan LLP

    *s/ Bryan D. Trader*
    Attorney for Defendant
    btrader@stroock.com

**SIGNATURE CERTIFICATION**

I, Ahren A. Tiller, declare under the penalty of perjury of the laws of the United States that Pursuant to Section 2(f)(4) of the Electronic Case Filing Administration Policies and Procedures Manual, that the contents of this document are acceptable to the above-undersigned Counsel(s) and that I have obtained their authorization(s) to affix their electronic signature(s) to this document.

Dated: November 22, 2021 By: BLC Law Center, APC

*s/ Ahren A. Tiller*
Attorney for Plaintiff
ahren.tiller@blc-sd.com

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On <u>November 22, 2021</u>, I served the following documents:

☒ JOINT MOTION FOR DISMISSAL

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

    Bryan Trader – btrader@stroock.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 22, 2021      By:    BLC Law Center, APC

                                          *s/ Ahren A. Tiller*
                                          Attorney for Plaintiff
                                          ahren.tiller@blc-sd.com