UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW GALLARDO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DISCOVER BANK,<br><br>　　　　　　　Defendant. | Case No. 21-cv-1360-MMA (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 15] |

On November 22, 2021, Plaintiff Matthew Gallardo and Defendant Discover Bank filed a joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** the action in its entirety with prejudice. Each party shall bear its own costs and attorney's fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated:  November 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge